```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELIZABETH JULIUS,                           :
                                            :          20-CV-1879 (PAE) (RWL)
                           Plaintiff,       :
                                            :          **ORDER**
           - against -                      :
                                            :
COMMISSIONER OF SOCIAL SECURITY,            :
                                            :
                           Defendant.       :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 28, 2020, the Court issued an Order of Service to allow Plaintiff, who is proceeding *in forma pauperis*, to effect service on Defendant through the U.S. Marshals Service. Within thirty days of the date of that order, Plaintiff was to complete a USM-285 form for Defendant and return that form to the Court OR to notify the Court in writing that she did not wish to use the Marshals Service to effect service and request that a summons be issued directly to her. As of September 28, 2020, Plaintiff has done neither.

Accordingly, Plaintiff is ordered to complete and return a USM-285 form OR to submit written notice that she does not wish to use the Marshals Service and requesting issuance of a summons **no later than October 28, 2020**. If Plaintiff fails again to timely act, the Court may recommend that this case be dismissed for failure to prosecute.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
       New York, New York

1

2

The Clerk's Office is directed to mail a copy of this order to Plaintiff pro se and note service on the docket:

    Elizabeth Julius
    818 Home Street
    Apt. 7D
    Bronx, NY 10459
    (347) 610-3810